IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Raymond P. Jacobs, Jr. ) | Case No.: 15-20277TPA |
| Kathy A. Jacobs ) | Chapter 13 |
|    Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | Related Doc. 65, 66 |
| ) | Related Claim No. 4 |
|    Movant, ) | |
| ) | |
|    Vs. ) | Hearing Date: 9-14-2016 |
| MidFirst Bank ) |    at 9:30 a.m. |
|    Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Motion along with the Order Scheduling a Hearing on the parties at the addresses specified below on **July 13, 2016**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Raymond P. Jacobs, Jr.
Kathy A. Jacobs
2877 N Meadow Street
Natrona Heights, PA  15068

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd, Suite 400
Pittsburgh, PA  15235

Joshua I. Goldman, Esquire  VIA CERTIFIED MAIL
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

MidFirst Bank
Attn: G. Jeffrey Records, Jr., President
999 North West Grant Blvd.
Oklahoma City, OK  93118

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**     /s/ Amy T. Sabedra
       Amy T. Sabedra
       Office of the Chapter 13 Trustee
       Suite 3250, U.S. Steel Tower
       600 Grant Street
       Pittsburgh, PA  15219
       412-471-5566
       cmecf@chapter13trusteewdpa.com