# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kathy A. Jacobs<br>          Raymond P. Jacobs Jr.<br>                              Debtor | CHAPTER 13 |
| MidFirst Bank, its successors and/or assigns<br>                              Moving Party<br>          vs.<br>Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>                              Debtor<br>Ronda J. Winnecour<br>                              Trustee | NO. 15-20277 TPA<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Post petition Mortgage Fees, Expenses, and Charges of MidFirst Bank, which was filed with the Court on or about **6/17/16**.

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    Attorney ID# 205047
    Attorneys for Movant/Applicant
    KML Law Group, P.C.
    Main Number: (215) 627-1322

August 16, 2016