IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Raymond P. Jacobs, Jr. | ) | Case No.: 15-20277TPA |
| Kathy A. Jacobs | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | Related Doc. 65 |
| | ) | |
| Movant, | ) | |
| | ) | Hearing Date: 9-14-2016 |
| Vs. | ) | |
| MidFirst Bank | ) | |
| Respondent(s) | ) | |

TRUSTEE'S WITHDRAWAL OF OBJECTION TO NOTICE OF POST-PETITION
FEES, EXPENSES AND CHARGES AT CLAIM #4

The Objection to Notices of Post-Petition Fees that was filed in the above-

referenced case on July 11, 2016 (document no.65) is hereby WITHDRAWN.


Respectfully submitted,


9-12-2016                              /s/ Ronda J. Winnecour

date                                    Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Raymond P. Jacobs, Jr. | ) | Case No.: 15-20277TPA |
| Kathy A. Jacobs | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | Related Doc. 65 |
| | ) | |
|     Movant, | ) | |
| | ) | Hearing Date: 9-14-2016 |
|       Vs. | ) | |
| MidFirst Bank | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of

the foregoing pleading upon the following, by regular United States mail, postage

prepaid:

Raymond P. Jacobs, Jr.
Kathy A. Jacobs
2877 N Meadow Street
Natrona Heights, PA  15068

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd, Suite 400
Pittsburgh, PA  15235

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

MidFirst Bank
Attn: G. Jeffrey Records, Jr., President
999 North West Grant Blvd.
Oklahoma City, OK  93118

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

9-12-2016                    /S/ Amy T. Sabedra____
date                         Administrative Assistant
                             Office of the Chapter 13 Trustee
                             US Steel Tower – Suite 3250
                             600 Grant Street
                             Pittsburgh, PA  15219
                             cmecf@chapter13trusteewdpa.com