FILED
9/13/16 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Raymond P. Jacobs, Jr. ) | Case No.: 15-20277TPA |
| Kathy A. Jacobs ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | Related Doc. 65 |
| ) | |
|     Movant, ) | |
| ) | Hearing Date: 9-14-2016 |
|     Vs. ) | |
| MidFirst Bank ) | |
|     Respondent(s) ) | |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES AT CLAIM #4

The Objection to Notices of Post-Petition Fees that was filed in the above-referenced case on July 11, 2016 (document no.65) is hereby WITHDRAWN. The hearing scheduled for September 14, 2016 is *CANCELLED*.

Respectfully submitted,

9-12-2016
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
September 13, 2016

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-20277-TPA
Raymond P Jacobs, Jr.                                                       Chapter 13
Kathy A Jacobs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut               Page 1 of 1               Date Rcvd: Sep 13, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db/jdb         +Raymond P Jacobs, Jr.,   Kathy A Jacobs,   2877 N Meadow St,   Natrona Heights, PA 15065-1817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Raymond P Jacobs, Jr. help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Kathy A Jacobs help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6