**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kathy A. Jacobs<br>          Raymond P. Jacobs Jr.<br>                              Debtors | BK. NO. 15-20277 TPA |
| MidFirst Bank, its successors and/or assigns<br>                              Movant<br>                  v.<br>Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>                              Respondent<br>                  and<br>Ronda J. Winnecour, Trustee<br>                              Additional Respondent | CHAPTER 13<br><br>RELATED TO DOCKET NO. 65 |

**EXHIBIT**

/s/ Joshua I. Goldman, Esquire \_\_\_
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
Attorney I.D. No. 205047
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306, Fax: 215-825-6406
Attorney for Movant/Applicant

Date: September 22, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>        Debtors<br><br>MidFirst Bank<br>        Movant<br>vs.<br><br>Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>        Respondents<br><br>and Ronda J. Winnecour, Trustee<br>        Additional Respondent | Chapter 13<br><br>NO. 15-20277 TPA |

## AFFIDAVIT

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank hereby certifies that the records of MidFirst Bank for Respondents, Kathy A. Jacobs and Raymond P. Jacobs Jr., have been adjusted to remove insurance advances (non-escrow) in the amount of $1,287.00 and the charge for the Motion to Allow Late Claim in the amount of $350.00.

Date: 9-9-16

By: Crystal Baker
Vice President

STATE OF __Oklahoma__ )
                                     ) SS:
COUNTY OF __Oklahoma__ )

On the 9th day of September in the year of 2016, before me, the undersigned, personally appeared __Crystal Baker__, known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

Ted Snoddy
Notary Public

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>　　　　Debtors<br><br>MidFirst Bank<br>　　　　Movant<br>　　　　vs.<br><br>Kathy A. Jacobs<br>Raymond P. Jacobs Jr.<br>　　　　Respondents<br><br>Ronda J. Winnecour, Trustee<br>　　　　Additional Respondent | CHAPTER 13<br><br><br>NO. 15-20277 TPA |

**CERTIFICATE OF SERVICE**

　　I, the undersigned, certify that I served or caused to be served, on **September 9, 2016**, a copy of the Affidavit of Default, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Lawrence W. Willis Esquire
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235
help@urfreshstrt.com

Kathy A. Jacobs
2877 North Meadow Street
Natrona Heights, PA 15065

Raymond P. Jacobs Jr.
2877 North Meadow Street
Natrona Heights, PA 15065

Method of Service:　　Mail first class; Specify if other:

Date: September 9, 2016

　　　　　　　　　　　　　　　　　　/s/ Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Raymond P. Jacobs, Jr.<br>Kathy A. Jacobs<br>    Debtor(s) | Case No.: 15-20277TPA<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>Vs.<br>MidFirst Bank<br>    Respondent(s) | |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the Notice of Postpetition Mortgage Fees, Expenses and Charges filed by MidFirst Bank on March 18, 2016 be reduced to the amount of $250.00. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove the Insurance advances (non-escrow) in the amount of $1,287.00 and the charge for the Motion to Allow Late Claim in the amount of $350.00 no later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as a full and comprehensible loan history from the inception of the loan. It is further

ORDERED that in the event that the creditor choses to withdraw the Notice of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notice. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

_____
U.S. Bankruptcy Judge

**Midland Mortgage** — *A Division of MidFirst Bank*

P.O. Box 26648 • Oklahoma City, OK 73126
Tel: 405.426.1400 • Fax: 405.767.5924

| Loan Number | |
|---|---|
| Mortgagor | RAYMOND PAUL JACOBS JR |
| Case # | 15-20277-13 |
| Date | 9/1/2016 |
| Prepared By | |
| Teller # | 283 |

| Transaction Date | Transaction Amount | Reference Number | Post Petition Date | Contractual Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
|---|---|---|---|---|---|---|---|---|
| 1/20/2015 | 501.30 | | | 1/1/2015 | PAYMENT | | 501.30 | - |
| 8/3/2015 | 352.75 | | | | SUSPENSE | | 352.75 | 352.75 |
| 8/12/2015 | 62.94 | | | | SUSPENSE | | 62.94 | 415.69 |
| 8/12/2015 | -85.00 | | | | SUSPENSE | | -85.00 | 330.69 |
| 8/12/2015 | 85.00 | | | | FEE | INSPECTION FEES | 85.00 | 330.69 |
| 9/1/2015 | 117.17 | | | | SUSPENSE | | 117.17 | 447.86 |
| 9/1/2015 | -18.69 | | | | SUSPENSE | | -18.69 | 429.17 |
| 9/1/2015 | 18.69 | | | | FEE | BANKRUPTCY INTEREST | 18.69 | 429.17 |
| 10/2/2015 | 113.78 | | | | SUSPENSE | | 113.78 | 542.95 |
| 10/13/2015 | -501.04 | | | | SUSPENSE | | -501.04 | 41.91 |
| 10/13/2015 | 501.04 | | | 2/1/2015 | PAYMENT | | 501.04 | 41.91 |
| 11/7/2015 | 112.64 | | | | SUSPENSE | | 112.64 | 154.55 |
| 11/11/2015 | -154.55 | | | | SUSPENSE | | -154.55 | - |
| 11/11/2015 | 154.55 | | | | ESCROW | | 154.55 | - |
| 12/10/2015 | 115.52 | | | | SUSPENSE | | 115.52 | 115.52 |
| 12/10/2015 | -16.76 | | | | SUSPENSE | | -16.76 | 98.76 |
| 12/10/2015 | 16.76 | | | | FEE | BANKRUPTCY INTEREST | 16.76 | 98.76 |
| 12/28/2015 | 114.08 | | | | SUSPENSE | | 114.08 | 212.84 |
| 12/31/2015 | -212.84 | | | | SUSPENSE | | -212.84 | - |
| 12/31/2015 | 212.84 | | | | ESCROW | | 212.84 | - |
| 2/1/2016 | 112.96 | | | | SUSPENSE | | 112.96 | 112.96 |
| 3/4/2016 | 112.09 | | | | SUSPENSE | | 112.09 | 225.05 |
| 4/5/2016 | 366.07 | | | | SUSPENSE | | 366.07 | 591.12 |
| 5/4/2016 | 45.29 | | | | SUSPENSE | | 45.29 | 636.41 |
| 5/4/2016 | 315.31 | | | | SUSPENSE | | 315.31 | 951.72 |
| 6/1/2016 | 60.18 | | | | SUSPENSE | | 60.18 | 1,011.90 |

Page 1 of 2

| Loan Number | | | | |
|---|---|---|---|---|
| 6/1/2016 | 364.21 | | SUSPENSE | 364.21 | 1,376.11 |
| 7/6/2016 | 65.77 | | SUSPENSE | 65.77 | 1,441.88 |
| 7/6/2016 | 353.36 | | SUSPENSE | 353.36 | 1,795.24 |
| 8/2/2016 | 414.37 | | SUSPENSE | 414.37 | 2,209.61 |
| 8/31/2016 | 410.10 | | SUSPENSE | 410.10 | 2,619.71 |
| Next Post-Petition Due Date | | 3/1/2015 | | |
| BKR Chapter | 13 | | | |

Page 2 of 2