IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: RAYMOND P JACOBS and KATHY A JACOBS | : | Bankruptcy No. 2-15-BK-20277 |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Claim No. 1 |
| Movant CACH, LLC | : | |
| v. | : | |
| Respondent (if none, then "No Respondent") No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:  4340 S MONACO ST
                            FL 2
                            DENVER CO 80237-3485

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:  PO Box 10587
                            Greenville SC 29603-0587

Dated    8/16/2017

Signature of Creditor

*Susan Gaines* (signature)

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

[Stamp: RECEIVED 2017 AUG 28 A 11:23 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]