# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RAYMOND P JACOBS, JR. | Case No. 15-20277TPA |
| KATHY A JACOBS | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FIRST NIAGARA BANK++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

FIRST NIAGARA BANK++  
POB 514  
6950 S TRANSIT RD  
LOCKPORT, NY 14095

Court claim# 2/Trustee CID# 6

The Movant further certifies that on 10/21/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

cc: debtor(s)  
original creditor  
putative creditor  
counsel for debtor(s)  
counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>RAYMOND P JACOBS, JR., KATHY A JACOBS, 2877 N MEADOW ST, NATRONA HEIGHTS, PA  15065 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235 |
| ORIGINAL CREDITOR:<br>FIRST NIAGARA BANK++, POB 514, 6950 S TRANSIT RD, LOCKPORT, NY 14095<br><br>NEW CREDITOR: | |