# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Raymond P Jacobs Jr.** | : | Case No. 15−20277−TPA |
| **Kathy A Jacobs** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 80 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/29/20 at 12:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of February, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 80 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before April 13, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **April 29, 2020 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20277-TPA
Raymond P Jacobs, Jr.                                                     Chapter 13
Kathy A Jacobs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: vson              Page 1 of 1              Date Rcvd: Feb 28, 2020
                               Form ID: 300b           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db/jdb         +Raymond P Jacobs, Jr.,    Kathy A Jacobs,    2877 N Meadow St,    Natrona Heights, PA 15065-1817
13987320       +Allan Smith Esq,    Law Firm of Allan C. Smith PC,    1276 Veterans Hwy Suite E-1,
                 Bristol, PA 19007-2597
13987321       +Cach LLC,    4500 Cherry Creek Drive South Suite 700,    Denver, CO 80246-1534
13987323       +Cigna Companies,    PO Box 22325,    Pittsburgh, PA 15222-0325
13987326       +HSBC,   PO Box 30253,    Salt Lake City, UT 84130-0253
14039264       +Life Insurance Co. of America,     c/o Cigna,    1601 Chestnut St., TL07V,
                 Philadelphia, PA 19192-0003
13987327       +MIDLAND MTG / MIDFIRST,    PO BOX 268959,    Oklahoma City, OK 73126-8959
14138115       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13991794        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:17:29      CACH, LLC,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
13987322       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:17:09      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13987324        E-mail/Text: fnb.bk@fnfg.com Feb 29 2020 03:11:07      First Niagara Bank,    PO Box 514,
                 Lockport, NY 14095
13987325        E-mail/Text: fnb.bk@fnfg.com Feb 29 2020 03:11:07      First Niagara Bank,    6950 S TRANSIT RD,
                 Lockport, NY 14094
14009895        E-mail/Text: fnb.bk@fnfg.com Feb 29 2020 03:11:07      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Lawrence W. Willis     on behalf of Debtor Raymond P Jacobs, Jr. ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis     on behalf of Joint Debtor Kathy A Jacobs ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```