FILED
4/14/20 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RAYMOND P JACOBS, JR.
KATHY A JACOBS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:15-20277 TPA

Chapter 13

Document No. 80

ORDER OF COURT

  AND NOW, this **14th** day of **April, 2020,** upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

vas

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20277-TPA
Raymond P Jacobs, Jr.                                                     Chapter 13
Kathy A Jacobs
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                  Page 1 of 1                  Date Rcvd: Apr 14, 2020
                              Form ID: pdf900             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb         +Raymond P Jacobs, Jr.,    Kathy A Jacobs,    2877 N Meadow St,    Natrona Heights, PA 15065-1817
13987320       +Allan Smith Esq,    Law Firm of Allan C. Smith PC,    1276 Veterans Hwy Suite E-1,
                 Bristol, PA 19007-2597
13987321       +Cach LLC,    4500 Cherry Creek Drive South Suite 700,    Denver, CO 80246-1534
13987323       +Cigna Companies,    PO Box 22325,    Pittsburgh, PA 15222-0325
13987326       +HSBC,    PO Box 30253,    Salt Lake City, UT 84130-0253
14039264       +Life Insurance Co. of America,    c/o Cigna,    1601 Chestnut St., TL07V,
                 Philadelphia, PA 19192-0003
13987327       +MIDLAND MTG / MIDFIRST,    PO BOX 268959,    Oklahoma City, OK 73126-8959
14138115       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13991794        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:29:06     CACH, LLC,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
13987322       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 04:28:21     Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13987324        E-mail/Text: fnb.bk@fnfg.com Apr 15 2020 04:26:18     First Niagara Bank,    PO Box 514,
                 Lockport, NY 14095
13987325        E-mail/Text: fnb.bk@fnfg.com Apr 15 2020 04:26:18     First Niagara Bank,    6950 S TRANSIT RD,
                 Lockport, NY 14094
14009895        E-mail/Text: fnb.bk@fnfg.com Apr 15 2020 04:26:18     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Raymond P Jacobs, Jr. ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor Kathy A Jacobs ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8